Submitted January 3, 2011; decided January 6, 2011

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID HOLLAND, Appellant.

Submitted January 3, 2011; decided January 6, 2011

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PADRAIC KEATING, Appellant.

Submitted January 3, 2011; decided January 6, 2011

Motion for assignment of counsel granted and Lauren G. Klein, Esq., PO Box 2042, Nantucket, Massachusetts 02584 assigned as counsel to the appellant on the appeal herein.